DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GALAXIAS MARITIME, LTD.,**
Appellant,

v.

**MORAN YACHT & SHIP, INC., & MORAN YACHT MANAGEMENT, INC.**
d/b/a Moran Yacht Management, LLC, d/b/a
Moran Yacht Management, Ltd.,
Appellees.

No. 4D16-1777

[August 3, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale Ross, Judge; L.T. Case No. 12-033025 (08).

Albert L. Frevola, Jr. of Conrad & Scherer, LLP, Fort Lauderdale, for appellant.

Gregory G. Olsen of Morgan, Olsen & Olsen, LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN, and KUNTZ, JJ., concur.

*        *        *

*Not final until disposition of timely filed motion for rehearing.*